JUSTIN T. MIXON, CSBN 233198
Criminal Defense Attorneys of Sacramento
713 9TH Street, Suite D, 3 FL
Sacramento, California 95814
Telephone: (916) 444 -2960
Fax: (916) 676-4927

Attorney for Defendant
Michael Ian Go Largent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-00001-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | RESETTING STATUS |
| ) | CONFERENCE AND |
| v. ) | EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| ) | |
| MICHAEL IAN GO LARGENT, ) | DATE: May 13, 2009 |
| ) | TIME: 9: 00 a.m |
| Defendant, ) | CTRM: Honorable Morrison C. England |
| _____) | |

    Michael Ian Go Largent, through counsel of record, Justin T. Mixon, and The United States of America, through counsel of record, Matthew Segal hereby submit this stipulation and proposed order resetting the status conference scheduled for May 13, 2009 to May 21, 2009 at 9:00 a.m.

    Counsel further request that the time be excluded from May 13, 2009 to May 21, 2009 from computation of the time within which the trial of this case must be commenced, pursuant 18 U.S.C. 3161 (H) (8) (b) (iv) (Local code T4 – to give counsel reasonable time to prepare).

- 1 -

This is a defense request to continue the matter for attorney preparation.   The defendant is aware of the request for continuance and approves of it.

                                  Respectfully Submitted,

                                  /s/ Justin Mixon

                                        JUSTIN T. MIXON
                                        Defense Attorney

Dated: May 12, 2009
                                By :   \_\_/s/ Matthew Segal_____
                                         Matthew Segal
                                         Assistant U.S Attorney

Dated: May 12, 2009
                                By :   \_\_\_/s/ Justin Mixon_____
                                        JUSTIN T. MIXON
                                         Attorney for Defendant

                                        **ORDER**

   For good cause shown above,  **IT IS SO ORDERED.**

**DATED:** May 19, 2009

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE